STATE of Missouri, Respondent,

v.

William J. CALLAGHAN, Appellant.

WD 79692

Missouri Court of Appeals,
Western District.

ORDER FILED: April 4, 2017

Scott A. Ison, Lexington, MO, for respondent.

Laura L. McConwell, Mission, KS, for appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

## ORDER

Per curiam:

William Callaghan ("Callaghan") appeals from the trial court's judgment convicting him of operating a truck with a trailer longer than sixty-five feet on the interstate highway pursuant to section 304.170.11. We affirm. Rule 30.25(b).